Commonwealth *v.* Mitchell, Appellant.

Submitted December 9, 1968. *Edgar B. Bayley,* Public Defender, for appellant; *William A. Kramer, 2nd,* Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In accordance with the opinion of the Supreme Court in *Commonwealth v. Hoffman,* 426 Pa. 226, 232 A. 2d 623 (1967), the order is vacated and the record is remanded to the court below with instructions to appoint counsel to represent appellant in a post-conviction proceeding at which his eligibility for an evidentiary hearing and/or other relief may be determined. See Rule 1503(a) of Rules of Criminal Procedure.

Commonwealth *v.* Pinder, Appellant.

Before SWENEY, P. J.

Argued December 13, 1968. *Francis A. Ferrara,* with him *Garland D. Cherry,* and *Kassab, Cherry, Curran & Archbold,* for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram S. Nedurian,* Assistant District Attorney, *William R. Toal,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.